1

JS - 6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  RASHAAD ALI,                )     Case No. EDCV 12-02148-VAP
                                )     (DTBx)
12              Plaintiff,      )
                                )     **JUDGMENT**
13      v.                      )
                                )
14  CHASE, AKA J.P. MORGAN      )
    CHASE BANK AND DOES 1 TO    )
15  10, INCLUSIVE,              )
                                )
16              Defendants.     )
    _____

17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's Complaint is DISMISSED

21  WITHOUT PREJUDICE.  The Court orders that such judgment

22  be entered.

23

24

25  Dated:  January 4, 2013
                                    _____
26                                  VIRGINIA A. PHILLIPS
                                    United States District Judge

27

28